

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Cody Scott Gray, Appellant

No. 06-22-00140-CR     v.

The State of Texas, Appellee

Appeal from the 369th District Court of Leon County, Texas (Tr. Ct. No. 22-0013CR). Memorandum Opinion delivered by Justice Rambin, Chief Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the judgment to reflect that the offense of conviction is a second-degree felony. Because the judgment adjudicating guilt did not include a deadly-weapon finding, we further modify the judgment to reflect the trial court's deadly-weapon finding. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Cody Scott Gray, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED FEBRUARY 7, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk